

# Fourth Court of Appeals
## San Antonio, Texas

September 26, 2017

No. 04-17-00528-CV

Maria Patricia **FACUNDO,**
Appellant

v.

Abraham **VILLEZCAS** and Lety Villezcas,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2016CV7001941-D1
Honorable Jose A. Lopez, Judge Presiding

## O R D E R

Extension of time to file the court reporter's record is this date NOTED. Time is extended to October 21, 2017.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court

cc: Cynthia Perez Lenz
Official Court Reporter
49th District Court
1110 Victoria Street, Suite 304
Laredo, TX 78040

Robert N. Freeman, II
Freeman & Castillon
1620 Santa Ursula Avenue, Suite 2
Springfield Ave., Suite
Laredo, TX 78041

Armando Trevino
Law Offices of Ramos-Trevino
1519 Washington Street, Suite 1
Laredo, TX 78040